FILED

MAR 28 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SHINGLE SPRINGS BAND OF MIWOK INDIANS,

        Plaintiff - Appellee,

   v.

CESAR CABALLERO,

        Defendant - Appellant.

No. 10-17329

D.C. No. 2:08-cv-03133-JAM-DAD

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
John A. Mendez, District Judge, Presiding

Submitted March 8, 2011[**]

Before:    FARRIS, LEAVY and BYBEE, Circuit Judges.

Cesar Caballero appeals the district court's grant of a request for preliminary injunctive relief against him. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Our sole inquiry is whether the district court abused its discretion in granting preliminary injunctive relief. *The Lands Council v. McNair*, 537 F.3d 981, 986 (9th Cir. 2008); *see Winter v. Natural Resources Defense Council*, 129 S. Ct. 365, 374 (2008) (listing factors for district court to consider); *Sports Form, Inc.*, 686 F.2d 750, 752-53 (9th Cir. 1982) (explaining limited scope of review). We conclude the district court did not abuse its discretion. Accordingly, we affirm the district court's order granting the preliminary injunction.

**AFFIRMED.**